UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLYN ANTONIO ARGUELLO NARVAEZ, | Case No. 5:26-cv-04020 ADS |
| Petitioner, | |
| v. | ORDER |
| MARKWAYNE MULLIN, et al., | |
| Respondents | |

Respondents consent to the granting of the Petition. (Dkt. No. 11) Accordingly, IT IS HEREBY ORDERED:

1.     The Petition is granted;

2.     Respondents must immediately release Petitioner Erlyn Antonio Arguello Narvaez (A# 240-126-924) from immigration detention;

3.     Respondents must return Petitioner's belongings, including his identification documents, immediately upon his release; and

///

4.　　Judgment is to be entered accordingly.


DATED:　August 5, 2026　　　　　　　　_____/s/ Autumn D. Spaeth_____
　　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE AUTUMN. D. SPAETH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge