JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERLYN ANTONIO ARGUELLO NARVAEZ,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. 5:26-cv-04020 ADS<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted. Respondents must immediately release Petitioner Erlyn Antonio Arguello Narvaez (A# 240-126-924) from immigration detention.

DATED: August 5, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN. D. SPAETH
United States District Judge